IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 18-61037MP |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Jose Yaxcal-Ax, | ) | |
| Defendant. | ) | |

RECEIVED
US MARSHALS SERVICE
YUMA, ARIZONA
2018 MAY 16  P 1:27

The United States has orally moved to dismiss the Complaint against the defendant, Jose Yaxcal-Ax. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Wednesday, May 16, 2018.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: NFN3CHPA6

| **UNITED STATES DISTRICT COURT** | **MAGISTRATE JUDGE'S MINUTES** |
|---|---|
| **DISTRICT OF ARIZONA - YUMA** | |

Date: 05/16/2018          Case Number: 18-61037MP

USA vs. Jose Yaxcal-Ax
U.S. MAGISTRATE JUDGE: JAMES F. METCALF     Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D:
Attorney for Defendant: Carlos Velazquez Marrero (FPD)

PROCEEDINGS: [X] STATUS HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense     [X] Date of Arrest: 05/15/2018

OTHER: Carlos Velazquez Marrero (FPD) is appointed as attorney of record for defendant. Defendant requires a Q'EQCHI Interpreter. There is no interpreter available for this hearing. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Government's Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

Recorded by Courtsmart     Status Hrg: 1
BY: Angela Gutierrez
        Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Jose Yaxcal-Ax

YOB: 1979

CRIMINAL COMPLAINT
CASE: 18-61037MP
Citizenship: GUATEMALA

DOA: 05/15/2018

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about May 15, 2018, near San Luis, Arizona in the District of Arizona, Defendant Jose YAXCAL-Ax, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on May 15, 2018.

File Date: 05/16/2018

at Yuma, Arizona

Rafael Flores, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/16/2018

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: NFN3CHPA6

Magistrate Information Sheet

Complaint: Jose Yaxcal-Ax

Criminal History: NONE

Immigration History: NONE

## McAndrew, Brooke (USMS)

| | |
|---|---|
| **From:** | Nercy_Mercado@azd.uscourts.gov |
| **Sent:** | Thursday, May 17, 2018 1:33 PM |
| **To:** | bmaminterpreter@gmail.com |
| **Cc:** | Angela_Gutierrez@azd.uscourts.gov; Jocelyn_Arviso@azd.uscourts.gov; Miguel_Aguayo@azd.uscourts.gov; Patrick_Brandlin@azd.uscourts.gov; Rhonda_Van_Dyke@azd.uscourts.gov; Juan_Radillo@azd.uscourts.gov; Andre_Knaebel@ord.uscourts.gov |
| **Subject:** | MAM - Interpreter Assignment Confirmation --Yuma |

Hello Bertilda Martin Mendoza:

Per our discussion, this confirms your interpreting assignment with U. S. District Court, Yuma. The logistical information is provided below.
*In order to process the voucher for payment, this confirmation must accompany the invoice we will prepare and provide for your signature.*

**Date:** Wednesday, 5/23/2018
**Time:** 9:00 AM Arizona time for interview; court hearing to follow at 10:30 AM Arizona time
**Location:** Telephonic **(We will call you at the TIP Line 1:  503-326-8020/ TIP Line 2:  503-326-8166)**
**Address:** 98 West 1st Street, Yuma, AZ 85364
**Re:**     18-61061MP   Rigoberto Lopez-Lopez

Travel is not authorized.

Nercy Mercado
Judicial Assistant
U.S. Magistrate Judge James F. Metcalf
(928) 329-4766
Fax:  (928) 329-0456
Nercy_Mercado@azd.uscourts.gov

1